# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOHN R. FREY, H. ELAINE FREY, ROBERT G. FREY, SUE FREY, JAMES MILLER, AND ROBIN MILLER | : No. 41 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| BONNY GOLD, DENNIS GOLD, SLURRY TECHNOLOGIES OPERATING, LLC, SLURRY TECHNOLOGIES OPERATING, INC., PILGRIM ENERGY COMPANY, PILGRIM COAL COMPANY, CHARLES MUSE, A.C. MUSE, ENSUM PARTNERSHIP NO. 2, SLURRY TECHNOLOGIES, INC., AGGREGATE SOLUTIONS, INC., ALBERT C. MUSE/REPRESENTATIVE OF THE ESTATE OF CHARLES H. MUSE, JR., DECEASED, ALBERT C. MUSE/REPRESENATIVE OF THE ESTATE OF CHARLES HOWARD MUSE, JR. | : : : : : : : : : : : : : : : |
| | : |
| | : |
| PETITION OF: BONNY GOLD, DENNIS GOLD AND SLURRY TECHNOLOGIES OPERATING, LLC | : : : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.